U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 27 2023
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

5-23CV-159-C

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

Norman Saunders
PETITIONER
(Full name of Petitioner)

LCDC
CURRENT PLACE OF CONFINEMENT

vs.

219071
PRISONER ID NUMBER

Lubbock Sheriffs office (misdemenor court)
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

CC 2023 CR 1027
CC 2023 CR 1029
202300244 71
PFF2021-mag-0737
CASE NUMBER
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1. Place of detention: Lubbock County Detention Center

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: theft $700 < $2500, Criminal tress bldg/prop.

3. Name and location of court in which your case is pending or in which you were convicted: misdemeanor courtroom 2

CC 2023 CR 1027 CC 2023 CR 1029

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: ______

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: n/a

6. Check whether a finding of guilty was made:

   a. after a plea of guilty no

   b. after a plea of not guilty no

   c. after a plea of nolo contendere no

7. If you were found guilty, check whether that finding was made by:

   a. a jury none

   b. a judge without a jury none

8. Did you appeal from the judgment of conviction or the imposition of sentence?

   Yes **No** (circled)

(d)

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

**CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.**

a. **GROUND ONE:** Excessive bail, oppressive bail.

Supporting facts: Ive been having an excessive bail that I cannot afford being oppressed and awaiting trial. Officers are saying I dont even have a courtroom for these misdemeanors.

b. **GROUND TWO:** Wrongful confinement

Supporting facts: my lawyer is doing nothing for me on these charges I have been here since march and heard nothing. Im needing help.

11. Relief sought in this petition: I need my bond reduced to $1000.00 and or a Personal Recongnaimse bond as thats what I can afford.

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

Yes ~~No~~ (No circled)

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

a. (1) Name of court and docket or case number: n/a

(2) Result and date of result: ______

(3) Grounds raised (list each):

(a) ______

(b) ______

(c) ______

(d) ______

b. (1) Name of court and docket or case number: n/a

(2) Result and date of result: ______

(3) Grounds raised (list each):

(a) ______

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

______________________________
Signature of Attorney (if any)

______________________________

______________________________

______________________________

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on July 7-22-23 (month, day, year).

Executed (signed) on ______________________ (date).

______________________________
Signature of Petitioner (required)

Petitioner's current address:

3502 North Holly

______________________________

______________________________

______________________________

Texas code of criminal procedure
28.061 Discharge for Delay

If a motion to get aside an indictment Information or complaint for failure to provide a speedy trial is sustained the Court Shell discharge the defenant a discharge under this article is a bar to any farther prosecution for the offense discharged & for any offense arising out of the same trangaction other than the offanse of Higher grade that the attorny representing the state & prosecuting the offense of a higher grade that the attorny representing the state & prosecuting the offense that was discharged does not have the primary duty to prosecut
amended by act
1987 70th leg. ch 383 Secl eff 9-1-1987
1997 75th

Name: Norman V Saunders
S.O.#: 2150 76
Lubbock County Jail
P.O. Box 10535
Lubbock, TX 79408-3535

RETURN SERVICE REQUESTED

FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 79401 $ 001.59⁰
02 4W
0000386595 JUL 24 2023

LEGAL MAIL ONLY

United States District Court
Office of The Clerk
Northern District of Texas
1205 Texas Avenue Rm. 209
Lubbock, Texas - 79401

INDIGENT

RECEIVED
JUL 2 7 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS